People v McCrae (2025 NY Slip Op 05307)

People v McCrae

2025 NY Slip Op 05307

Decided on October 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 02, 2025

Before: Manzanet-Daniels, J.P., Friedman, Pitt-Burke, Rosado, Chan, JJ. 

Ind No. 306/17|Appeal No. 4812|Case No. 2018-03103|

[*1]The People of the State of New York, Respondent,
v
Alfred McCrae, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Naila S. Siddiqui of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Michael D. Tarbutton of counsel), for respondent.

Appeal from judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered December 11, 2017, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of three years and 30 days, followed by 3 years of postrelease supervision, unanimously dismissed, as moot.
Defendant's challenges to the court's enhancement of his sentence are moot because he has completed his sentence (see People v Moore , 247 AD2d 228, 229 [1st Dept 1998], lv denied 91 NY2d 943 [1998]). We have considered defendant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 2, 2025